IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STATE OF OHIO, ex. rel.** | ) | **CASE NO.: 3: 15-cv-00376** |
| **MICHAEL DeWINE** | ) | |
| **ATTORNEY GENERAL OF OHIO** | ) | |
| | ) | **JUDGE: THOMAS M. ROSE** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **JOHN D. MUNCY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING SUBSTITUTION OF PARTY

Upon consideration of the Suggestion of Death of James O. Miller (doc. #22) and the State's Motion for Substitution of Shannon Gossett, Administrator of the Estate of James O'Dell Miller (doc. # 23) which was unopposed by counsel for the Defendants and the Estate, the State's Motion is granted.

Therefore, Shannon Gossett, Administrator of the Estate of James O'Dell Miller is substituted for Defendant James O. Miller. The case shall be re-captioned *State of Ohio, ex rel. Michael DeWine, Attorney General of Ohio v. John D. Muncy and Shannon Gossett, Administrator of the Estate of James O'Dell Miller*.

**IT IS SO ORDERED**

December 13, 2016

s/Thomas M. Rose
_____
**THOMAS M. ROSE**
**UNITED STATES DISTRICT COURT**